```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 03638
   RALPH P VARA
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
        Debtor
   SSN XXX-XX-5608


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/18/2008 and was not confirmed.

     The case was dismissed without confirmation 04/10/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                         PAID        PAID
--------------------------------------------------------------------------
MB FINANCIAL BANK        SECURED NOT I    8138.45          .00          .00
JOHN J LYNCH             DEBTOR ATTY          .00                       .00
TOM VAUGHN               TRUSTEE                                        .00
DEBTOR REFUND            REFUND                                         .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                         --------------     --------------
TOTALS                       .00                    .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
     Dated: 07/24/08                 _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```